JUSTIN X. WANG (CSB #166183)
BAUGHMAN & WANG
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Ling ZHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ling ZHOU<br><br>Plaintiff,<br><br>*Michael Chertoff*, Secretary of the Department of Homeland Security;<br>*Eduardo Aguirre*, Director, U.S. Citizenship and Immigration Services;<br>*David Still*, San Francisco District Director, U.S. Citizenship and Immigration Services;<br>*Robert S. Mueller*, Director of Federal Bureau of Investigation | Case No.: C 05-3115 BZ<br><br>STIPULATION OF DISMISSAL;<br>ORDER |

Subject to approval of the Court, the parties hereby stipulates as follows:

1. Pursuant to Fed. R. Civ. P. 41 (a)(1), based on USCIS representation that this case will be approved upon the Mandamus Action, Plaintiff hereby dismisses this action without prejudice.

2. The parties will bear their own fees and costs.

Dated: January 25, 2006

Respectfully submitted.

Justin X. Wang, Esq.
Attorney for Plaintiff

Dated: January 25, 2006

Edward A. Olsen
Assistant U.S. Attorney
Counsel for Defendants

Case No.: C 05-3115 BZ
PLAINTIFF'S ORIGINAL COMPLAINT

F:\NANCY\Mandamus\ZHOU, Ling\Stipulation of Dismissal.wpd

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED. This case is hereby dismissed without prejudice. The clerk shall close the file.

Dated: January 25, 2006



IT IS SO ORDERED
Judge Bernard Zimmerman